MICHAEL D. NELSON, SBN 171359
**BEESON, TAYER & BODINE, APC.**
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone: 510.625.9700
Facsimile: 510.625.8275
Email: mnelson@beesontayer.com

Attorneys for Plaintiffs
DONALD MORTON and
DANIEL SANCHEZ

JEFFERY OWENSBY, ESQ.
**RIEGELS CAMPOS & KENYON, LLP**
2500 Venture Oaks Way, Suite 220
Sacramento, CA 95833-4222
Telephone: 916.779.7100
Facsimile: 916.779.7120
Email: jowensby@rcklaw.com

Attorneys for Defendant
VALLEY FARM TRANSPORT, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MORTON and DANIEL SANCHEZ, on their own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 29 U.S.C. § 216, and on behalf of the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY FARM TRANSPORT, INC., a California corporation,<br><br>Defendants. | Case No. C 06-02933 SI (ADR)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR CLASS CERTIFICATION HEARING DATE AND RELATED COURT DEADLINES**<br><br>Date: January 5, 2007<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: Honorable Susan Illston<br><br>Trial Date: TBA<br>Complaint Filed: May 1, 2006 |

At the request of counsel for Plaintiffs DONALD MORTON and DANIEL SANCHEZ, the parties hereby stipulate that the schedule for filing motion papers agreed upon at the Initial

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR CLASS CERTIFICATION HEARING DATE AND RELATED COURT DEADLINES**
Case No. C 06-02933 SI (ADR)
52612

1

Case Management Conference, on August 4, 2006, and adopted by the Court in its Civil Pretrial Minutes of the same date, be modified as follows:

1. Extending the time for Plaintiffs to file their opening motion papers from November 17, 2006, to January 9, 2007;

2. Extending Defendant's time to file its opposition to said motion papers from December 1, 2006 until January 23, 2007;

3. Extending Plaintiffs' time to file its reply to said motion papers from December 8, 2006 until January 30, 2007;

4. Continuing the hearing on Plaintiffs' Motion for Class Certification from January 5, 2007, to February 16, 2007; and

5. Continuing the Status Conference set for 2:30 p.m. on January 5, 2007, to February 16, 2007, at 2:30 p.m.

Date: November 13, 2006     Respectfully submitted,

BEESON, TAYER & BODINE, APC

By: /s/ Michael D. Nelson
MICHAEL D. NELSON
Attorneys for Plaintiffs

Date: November 13, 2006     Respectfully submitted,

RIEGELS CAMPOS & KENYON, LLP

By: /s/ Jeffery Owensby
JEFFERY OWENSBY
Attorneys for Defendant

**IT IS SO ORDERED.**

Date: _____

SUSAN ILLSTON
United States District Court Judge

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR CLASS CERTIFICATION HEARING DATE AND RELATED COURT DEADLINES**
Case No. C 06-02933 SI (ADR)
52612

2