| | |
|---|---|
| 1 | JEFFERY OWENSBY - 105229 |
| 2 | RIEGELS CAMPOS & KENYON LLP<br>2500 Venture Oaks Way, Suite 220 |
| 3 | Sacramento, California 95833<br>Telephone: (916) 779-7100 |
| 4 | Attorneys for Defendant |
| 5 | VALLEY FARM TRANSPORT |
| 6 | ROBERT P. BONSALL - 119261 |
| 7 | JASON RABINOWITZ - 183822<br>BEESON, TAYER & BODINE, APC. |
| 8 | 520 Capitol Mall, Suite 300<br>Sacramento, California 95814 |
| 9 | Telephone: (916) 325-2100 |
| 10 | Attorneys for Plaintiffs<br>DONALD MORTON and DANIEL SANCHEZ |

IN UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DISTRICT

| | |
|---|---|
| DONALD MORTON and DANIEL SANCHEZ, on their own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 29 U.S.C. § 216, and on behalf of the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY FARM TRANSPORT, INC., a California corporation,<br><br>Defendant. | Case No. 3:06-CV-02933 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR CLASS CERTIFICATION HEARING DATE AND RELATED COURT DEADLINES**<br><br>DATE: January 5, 2007<br>TIME: 9:00 a.m.<br>COURTROOM: 10<br>JUDGE: Honorable Susan Illston<br><br>TRIAL DATE: tba<br>COMPLAINT FILED: May 1, 2006 |

At the request of counsel for defendant Valley Farm Transport, Inc., the parties hereby stipulate that the schedule for filing motion papers agreed to in plaintiffs' Stipulation to Continue the Motion for Class Certification Hearing Date

-1-

STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR CLASS CERTIFICATION
HEARING DATE AND RELATED COURT DEADLINES

1 | and Related Court Deadlines dated November 16, 2006, and adopted by the Court in
its Order of the same date, be modified as follows:

  1. Extending defendant's time to file its opposition to motion papers from January 23, 2007 to February 27, 2007;

  2. Extending plaintiffs' time to file its reply to said motion papers from January 30, 2007 to March 27, 2007;

  3. Continuing the hearing on plaintiffs' Motion for Class Certification from February 6, 2007 to April ~~10,~~ 13 2007; and

  4. Continuing the ~~Status Conference set for 2:30 p.m. on~~ February 16, 2007 to April ~~10,~~ 13 2007 at 2:30 p.m.

  Defendant requests the continuance due to defendant's inability to timely complete statistical review of the thousands of pages of records and the preparation and submission of its opposition to class certification.

DATED: _____  RIEGELS CAMPOS & KENYON LLP


            By /s/ JEFFERY OWENSBY
              JEFFERY OWENSBY
              Attorneys for Defendant


DATED: _____  BEESON, TAYER & BODINE, APC


            By /s/ ROBERT P. BONSALL
              ROBERT P. BONSALL
              Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: _____  _____
              SUSAN ILLSTON
              United States District Court Judge