| | |
|---|---|
| 1 | ROBERT P. BONSALL, SBN 119261 |
| 2 | JASON RABINOWITZ, SBN 183822 |
| | **BEESON, TAYER & BODINE, APC.** |
| 3 | 520 Capitol Mall, Suite 300 |
| | Sacramento, CA 95814 |
| 4 | Telephone: 916.325.2100 |
| 5 | Facsimile: 916.441.5208 |
| | Email: rbonsall@beesontayer.com |
| 6 | jrabinowitz@beesontayer.com |
| | Attorneys for Plaintiffs |
| 7 | DONALD MORTON and |
| 8 | DANIEL SANCHEZ |
| 9 | JEFFERY OWENSBY, ESQ. |
| | **RIEGELS CAMPOS & KENYON, LLP** |
| 10 | 2500 Venture Oaks Way, Suite 220 |
| | Sacramento, CA 95833-4222 |
| 11 | Telephone: 916.779.7100 |
| | Facsimile: 916.779.7120 |
| 12 | Email: jowensby@rcklaw.com |
| 13 | Attorneys for Defendant |
| | VALLEY FARM TRANSPORT, INC. |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MORTON, et al., | Case No. C 06-02933 SI MED |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO CONDUCT MEDIATION.** |
| v. | |
| VALLEY FARM TRANSPORT, INC., | |
| Defendants. | |

---

**Stipulation; Order**
Case No. C 06-02933 SI (ADR)
63157.doc

SUBJECT TO APPROVAL OF THIS COURT, the parties respectfully request that the Court continue the deadline to conduct the Mediation in this matter from May 31, 2007 to July 30, 2007. The parties contend there is good cause for this request as on May 22, 2007 the ADR Case Administrator vacated the appointment of Johnnie Scott Jr. as the Mediator in this case, so additional time is needed so that a new Mediator can be selected and a Mediation scheduled. Further, the parties are diligently analyzing data necessary to present their respective positions at mediation. Absent such additional preparation the mediation would likely be form over substance and less likely to resolve the case. The request for a continuance is not brought for any improper purpose nor should any party be prejudiced by the continuance.

Date: 5/25/07

Respectfully submitted,

BELSON LAYER & BODINE, APC

By: /s/ Jason Rabinowitz
JASON RABINOWITZ
Attorneys for Plaintiffs

Date: 5/25/07

Respectfully submitted,

RIEGELS CAMPOS & KENYON, LLP

By: /s/ Jeffery Owensby
JEFFERY OWENSBY
Attorneys for Defendant

**IT IS SO ORDERED.**

Date: _____

SUSAN ILLSTON
United States District Court Judge

**Stipulation; Order**
Case No. C 06-02933 SI (ADR)
03152.doc