ROBERT P. BONSALL, SBN 119261
JASON RABINOWITZ, SBN 183822
COSTA KERESTENZIS, SBN 186125
**BEESON, TAYER & BODINE, APC.**
520 Capitol Mall, Suite 300
Sacramento, CA  95814
Telephone:   916.325.2100
Facsimile:    916.441.5208
Email:         rbonsall@beesontayer.com
                  jrabinowitz@beesontayer.com

Attorneys for Plaintiffs
DONALD MORTON and
DANIEL SANCHEZ


JEFFERY OWENSBY, ESQ.
**RIEGELS CAMPOS & KENYON, LLP**
2500 Venture Oaks Way, Suite 220
Sacramento, CA  95833-4222
Telephone:   916.779.7100
Facsimile:    916.779.7120
Email:         jowensby@rcklaw.com

Attorneys for Defendant
VALLEY FARM TRANSPORT, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MORTON, et al.,<br><br>                       Plaintiffs,<br><br>     v.<br><br>VALLEY FARM TRANSPORT, INC.,<br><br>                       Defendants. | Case No. C 06-02933 SI MED<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

SUBJECT TO APPROVAL OF THIS COURT, the parties respectfully request that the Court continue the Case Management Conference (CMC) currently set for June 22, 2007 to August 10, 2007 or sometime thereafter. The parties contend there is good cause for this request as follows. The CMC was originally set for June 22, 2007, as the parties had a deadline to conduct mediation in this matter by that time. However, due to the withdrawal of the original mediator appointed in this matter, the parties now have, per the stipulation of the parties filed on or about May 24, 2007 and subsequent Court order dated May 31, 2007, until July 30, 2007 to conduct the mediation in this matter. Accordingly, the parties seek continuance of the CMC to a date after the final day to conduct mediation, so that the CMC can address the status of the case following mediation.

The request for continuance is not brought for any improper purpose nor should any party be prejudiced by the continuance.

Date: June 14, 2007

Respectfully submitted,

BEESON, TAYER & BODINE, APC

By: _____/s/_____
JASON RABINOWITZ
Attorneys for Plaintiffs

Date: June 14, 2007

Respectfully submitted,

RIEGELS CAMPOS & KENYON, LLP

By: _____/s/_____
JEFFERY OWENSBY
Attorneys for Defendant

**IT IS SO ORDERED.**   Further CMC set for 8/10/07

Date: _____    _____/s/ Susan Illston_____
SUSAN ILLSTON
United States District Court Judge

Stipulation; Order
Case No.C 06-02933 SI (ADR)
64081.doc