ROBERT P. BONSALL, SBN 119261
JASON RABINOWITZ, SBN 183822
**BEESON, TAYER & BODINE, APC.**
520 Capitol Mall, Suite 300
Sacramento, CA 95814
Telephone: 916.325.2100
Facsimile: 916.441.5208
Email: rbonsall@beesontayer.com
jrabinowitz@beesontayer.com
Attorneys for Plaintiffs
DONALD MORTON and
DANIEL SANCHEZ

JEFFERY OWENSBY, ESQ.
**RIEGELS CAMPOS & KENYON, LLP**
2500 Venture Oaks Way, Suite 220
Sacramento, CA 95833-4222
Telephone: 916.779.7100
Facsimile: 916.779.7120
Email: jowensby@rcklaw.com
Attorneys for Defendant
VALLEY FARM TRANSPORT, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MORTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY FARM TRANSPORT, INC.,<br><br>Defendants. | Case No. C 06-02933 SI MED<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO CONDUCT MEDIATION AND CASE MANAGEMENT CONFERENCE** |

**Stipulation; Order**
Case No.C 06-02933 SI (ADR)
64704.doc

SUBJECT TO APPROVAL OF THIS COURT, the parties respectfully request that the Court continue the deadline to conduct the Mediation in this matter from July 30, 2007 to August 31, 2007. The parties contend there is good cause for this request as follows. On May 31, 2007 the ADR Case Administrator appointed a new Mediator in this case, James Nebel. Per the Court's Order, on June 26, 2007, the parties and the Mediator had a conference call to discuss scheduling of the Mediation. The earliest possible date that worked for all parties' schedules was August 28, 2007. The parties have set the Mediation for that date. Accordingly, additional time is requested from the Court so that the parties can conduct the Mediation at that time.

In addition to the request for additional time to conduct Mediation in this matter, the parties respectfully request a continuance of the Case Management Conference (CMC) currently set for August 10, 2007 to August 31, 2007 or sometime thereafter. The parties contend there is good cause for this request as follows. The CMC was set for August 10, 2007 as the parties had intended to conduct mediation by July 30, 2007. However, as is set forth above, the earliest date the parties can conduct the Mediation is August 28, 2007. Accordingly, the parties seek continuance of the CMC to a date after the Mediation, so that the CMC can address the status of the case following mediation.

The above requests for continuance are not brought for any improper purpose nor should any party be prejudiced by the continuances.

Date: 07/05/07

Respectfully submitted,

BEESON, TAYER & BODINE, APC

By: /s/ Jason Rabinowitz
JASON RABINOWITZ
Attorneys for Plaintiffs

**Stipulation; Order**
Case No. C 06-02933 SI (ADR)
64704.doc

| | |
|---|---|
| 1 | |
| 2 | |

Date: 07/05/07

Respectfully submitted,

RIEGELS CAMPOS & KENYON, LLP

By: /s/ Jeffery Owensby
JEFFERY OWENSBY
Attorneys for Defendant

**IT IS SO ORDERED.**

Date: _____

_____
SUSAN ILLSTON
United States District Court Judge

The case management has been continued to 9/14/07 @ 2:30 p.m.

**Stipulation; Order**
Case No. C 06-02933 SI (ADR)
64704.doc