ROBERT P. BONSALL, SBN 119261
JASON RABINOWITZ, SBN 183822
**BEESON, TAYER & BODINE, APC.**
520 Capitol Mall, Suite 300
Sacramento, CA 95814
Telephone: 916.325.2100
Facsimile: 916.441.5208
Email: rbonsall@beesontayer.com
jrabinowitz@beesontayer.com

Attorneys for Plaintiffs
DONALD MORTON and
DANIEL SANCHEZ


JEFFERY OWENSBY, ESQ.
**RIEGELS CAMPOS & KENYON, LLP**
2500 Venture Oaks Way, Suite 220
Sacramento, CA 95833-4222
Telephone: 916.779.7100
Facsimile: 916.779.7120
Email: jowensby@rcklaw.com

Attorneys for Defendant
VALLEY FARM TRANSPORT, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MORTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VALLEY FARM TRANSPORT, INC., <br><br> Defendants. | Case No. C 06-02933 SI MED <br><br> **STIPULATION AND [PROPOSED] ORDER RE CLASS ACTION OPT IN/OUT DATE** |

SUBJECT TO APPROVAL OF THIS COURT, the parties respectfully request that the Court order that the last date for class members to opt in to the federal law collective action in this matter be set for October 12, 2007, and that the last date for class members to opt out of the state law class action be also set for October 12, 2007. The parties contend there is good cause for this request as follows.

On or about April 13, 2007, the Court granted Plaintiffs' Motion for Class Certification. Pursuant to that Order, Plaintiffs are to mail out the Court approved opt-in and opt-out forms to the Class members. Since the due date for Class members to return the form to Class counsel was left blank, the parties met and conferred and agreed to a ninety-day return date. Accordingly, the parties have agreed that Class members have until October 12, 2007 to return the opt-in and/or opt-out forms.

Date:  Respectfully submitted,

BEESON, TAYER & BODINE, APC

By: /s/ Jason Rabinowitz
JASON RABINOWITZ
Attorneys for Plaintiffs

Date:  Respectfully submitted,

RIEGELS CAMPOS & KENYON, LLP

By: /s/ Jeffery Owensby
JEFFERY OWENSBY
Attorneys for Defendant

**IT IS SO ORDERED.**

Date: _____

*[signature: Susan Illston]*
SUSAN ILLSTON
United States District Court Judge

**Stipulation; Order**
Case No.C 06-02933 SI (ADR)
65904.doc