| | |
|---|---|
| 1 | JASON RABINOWITZ, SBN 183822 |
| 2 | COSTA KERESTENZIS, SBN 186125 |
| | EILEEN M. BISSEN, SBN 245821 |
| 3 | BEESON, TAYER & BODINE, APC |
| | 520 Capitol Mall, Suite 300 |
| 4 | Sacramento, CA 95814-4714 |
| | Telephone:  (916) 325-2100 |
| 5 | Facsimile:  (916) 325-2120 |
| | Email:       jrabinowitz@beesontayer.com, ckerestenzis@beesontayer.com, |
| 6 |              ebissen@beesontayer.com |

Attorneys for Plaintiffs
DONALD MORTON and DANIEL SANCHEZ

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MORTON and DANIEL SANCHEZ, on their own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 29 U.S.C. § 216, and on behalf of the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY FARM TRANSPORT, INC., a California Corporation,<br><br>Defendants. | Case No. C 06-02933 SI (ADR)<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE BASED ON THE STIPULATION OF THE PARTIES**<br><br>Date:          September 14, 2007<br>Time:         2:30 p.m.<br>Judge:        Hon. Susan Illston<br>Courtroom:  10 |

SUBJECT TO APPROVAL OF THIS COURT, Plaintiffs respectfully request that the Court continue the Case Management Conference (CMC) currently set for September 14, 2007 to November 9, 2007, or sometime thereafter. Plaintiffs contend there is good cause for this request as follows. The CMC was originally set for September 14, 2007, as the parties had a deadline to conduct mediation in this matter by that time. The parties have begun and continue to take part in the mediation process. The parties met for their first day of mediation on August 28, 2007. At that time, the parties verbally stipulated to continue the CMC until after the completion of the mediation

process. Currently, the parties are scheduled to meet again for a second day of mediation on October 5, 2007.

On September 12, 2007, Plaintiffs' counsel contacted the court clerk regarding the parties' request to reschedule the date of the CMC. The clerk indicated that the CMC scheduled for September 14, 2007 would be continued until November 9, 2007.

Plaintiffs prepared a formal stipulation to filed with the Court. Plaintiffs, however, were unable to reach Defendant's counsel to secure a signature on the formal stipulation and, as such, have not yet filed said stipulation. Plaintiffs' counsel represents that Defendant's counsel have agreed to continue the CMC to a date after the parties' next scheduled mediation session set for October 5, 2007.

Plaintiffs' counsel will file its formal stipulation with the Court once it successfully reaches Defendant's counsel and Defendant's counsel expresses its approval to do so.

Accordingly, Plaintiffs seek continuance of the CMC to November 9, 2007, or another date after the parties have concluded mediation, in case the parties fail to reach a settlement through the mediation process.

The request for continuance is not brought for any improper purpose nor should any party be prejudiced by the continuance.

Dated: September 14, 2007

BEESON, TAYER & BODINE, APC

By: _____/s/_____
COSTA KERESTENZIS

Attorneys for DONALD MORTON and DANIEL SANCHEZ



IT IS SO ORDERED
Judge Susan Illston