| | |
|---|---|
| 1 | JEFFERY OWENSBY - 105229 |
| 2 | RIEGELS CAMPOS & KENYON LLP |
|   | 2500 Venture Oaks Way, Suite 220 |
| 3 | Sacramento, California 95833 |
|   | Telephone: (916) 779-7100 |
| 4 | |
|   | Attorneys for Defendant |
| 5 | VALLEY FARM TRANSPORT |

IN UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DISTRICT

| | |
|---|---|
| DONALD MORTON and DANIEL SANCHEZ, on their own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 29 U.S.C. § 216, and on behalf of the General Public, | Case No. 3:06-CV-02933 SI |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEYS AND CHANGE OF ADDRESS** |
| v. | |
| VALLEY FARM TRANSPORT, INC., a California corporation, | |
| Defendant. | |

Defendant VALLEY FARM TRANSPORT hereby substitutes attorneys in the above-entitled case. Effective November 1, 2007 defendant VALLEY FARM TRANSPORT will be represented by Jeffery Owensby of Rediger, McHugh & Hubbert LLP.

Rediger, McHugh & Hubbert LLP maintains offices as follows:

    555 Capitol Mall
    Suite 1240
    Sacramento, CA 95814
    Main Phone:    (916) 442-0033
    E-mail: jowensby@rmlaw.net

-1-
SUBSTITUTION OF ATTORNEYS AND CHANGE OF ADDRESS

VALLEY FARM TRANSPORT consents to the substitution.

DATED: October 26, 2007      Valley Farm Transport

By_____

Rediger, McHugh & Hubbert LLP consents to the substitution.

DATED: November 1, 2007      REDIGER, MCHUGH & HUBBERT LLP

By_____
JEFFERY OWENSBY

Riegels Campos & Kenyon LLP consents to the substitution and notes that it will no longer be engaged in the practice of law effective November 1, 2007.

DATED: October 26, 2007      RIEGELS CAMPOS & KENYON LLP

By_____
JEFFERY OWENSBY

IT IS SO ORDERED
Judge Susan Illston

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Riegels, Campos & Kenyon, LLP, 2500 Venture Oaks Way, Suite 220, Sacramento, CA 95833. I served the following document(s) by the method indicated below:

**SUBSTITUTION OF ATTORNEYS AND CHANGE OF ADDRESS**

☑ by placing the document(s) listed above in a sealed envelope and by causing personal delivery of the envelope to the person(s) at the address set forth below.

Robert P. Bonsall
Jason Rabinowitz
BEESON TAYER & BODINE, APC.
520 Capitol Mall, Suite 300
Sacramento, CA 95814

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 26, 2007, at Sacramento, California.

_____
Mary Enright