JASON RABINOWITZ, SBN 183822
COSTA KERESTENZIS, SBN 186125
EILEEN M. BISSEN, SBN 245821
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone:   (916) 325-2100
Facsimile:   (916) 325-2120
Email:   jrabinowitz@beesontayer.com, ckerestenzis@beesontayer.com,
ebissen@beesontayer.com

Attorneys for Plaintiffs
DONALD MORTON and
DANIEL SANCHEZ


JEFFERY OWENSBY, ESQ.
**REDIGER, MCHUGH & HUBBERT LLP**
555 Capitol Mall, Suite 1240
Sacramento, CA  95814
Telephone:   (916) 442-0033

Attorneys for Defendant
VALLEY FARM TRANSPORT, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MORTON, et al., | Case No. C 06-02933 SI (ADR) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| VALLEY FARM TRANSPORT, INC., | |
| Defendants. | |

SUBJECT TO APPROVAL OF THIS COURT, the parties respectfully request that the Court continue the Case Management Conference (CMC) currently set for November 9, 2007 to December 7, 2007, or sometime thereafter. The parties contend there is good cause for this request as follows.

The CMC was continued to November 9, 2007 so that the parties could conduct mediation and

1

Stipulation; Order

72081.doc

inform the Court after the mediation about settlement or the need to proceed with scheduling of the case. The parties have already met twice and progress has been made. The parties have scheduled to meet again on November 20, 2007. The parties expect to either resolve the matter or conclude their current mediation efforts at that session. Accordingly, the parties seek continuance of the CMC to a date after the parties have concluded mediation in case the parties fail to reach a settlement through the mediation process.

The request for continuance is not brought for any improper purpose nor should any party be prejudiced by the continuance.

Date: November 8, 2007                    Respectfully submitted,

                                          BEESON, TAYER & BODINE, APC

                                          By:  _____/s/_____
                                               COSTA KERESTENZIS
                                               Attorneys for Plaintiffs


                                          Respectfully submitted,

Date: November 8, 2007                    REDIGER, MCHUGH & HUBBERT, LLP

                                          By:  _____/s/_____
                                               JEFFERY OWENSBY
                                               Attorneys for Defendant

**IT IS SO ORDERED.**

Date: _____              _____
                                          SUSAN ILLSTON
                                          United States District Court Judge

Stipulation; Order

2

72081.doc