IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD MORTON,                      No. C 06-02933 SI

         Plaintiff,               **PRETRIAL PREPARATION ORDER**

  v.

VALLEY FARM TRANSPORT, INC.,

         Defendant.
                                    /

      It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 29, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 12, 2008.

DESIGNATION OF EXPERTS: 8/1/08; REBUTTAL: 8/15/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 12, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by October 10, 2008;

    Opp. Due October 24, 2008; Reply Due October 31, 2008;

   and set for hearing no later than November 14, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 16, 2008 at 3:30 PM.

JURY TRIAL DATE: January 5, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 20 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                          SUSAN ILLSTON
                                          United States District Judge