JASON RABINOWITZ, SBN 183822
COSTA KERESTENZIS, SBN 186125
EILEEN BISSEN, SBN 245821
**BEESON, TAYER & BODINE, APC**
1404 Franklin Street, 5th Floor
Oakland, CA 94612-3208
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: jrabinowitz@beesontayer.com
ckerestenzis@beesontayer.com
ebissen@beesontayer.com

Attorneys for Plaintiffs Morton and Sanchez, *et al*.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MORTON and DANIEL SANCHEZ, on their own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 29 U.S.C. § 216, and on behalf of the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY FARM TRANSPORT, INC., a California Corporation,<br><br>Defendants. | Case No. C 06-02933 SI (ADR)<br><br>**[PROPOSED]** ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, NOTICE TO CLASS, AND SETTING OF HEARING FOR FINAL APPROVAL<br><br>Hearing Date: May 30, 2008<br>Hearing Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston<br>Complaint Filed: May 1, 2006 |

The Motion for Preliminary Approval of a Class Action Settlement came before this Court on May 30, 2008, the Honorable Susan Illston presiding. Plaintiffs DONALD MORTON and DANIEL SANCHEZ ("Plaintiffs") were represented by Class Counsel of Beeson, Tayer & Bodine, APC. Defendant VALLEY FARM TRANSPORT, INC. was represented by its attorney of record, Jeffery Owensby of Rediger, McHugh & Hubbert, LLP. The Court having considered the papers submitted in support of the motion of the parties, HEREBY ORDERS THE FOLLOWING:

1. The Court grants preliminary approval of the Settlement based upon the terms set forth in the Stipulation Regarding Settlement filed herewith. The Settlement appears to be fair, reasonable,

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, NOTICE TO CLASS, AND SETTING OF HEARING FOR FINAL APPROVAL
Case No. C 06-02933 SI (ADR)

VFT_OrderGrantingPrelimApproval.doc

1

and adequate to the Class.

2. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final hearing and final approval by this Court.

3. A final approval hearing on the question of whether the proposed Settlement, attorneys' fees and costs to Class Counsel, and the Class Representative Enhancement payments should be finally approved as fair, reasonable and adequate as to the members of the class is scheduled for July 25, 2008, at 9:00 a.m. (Pacific Time).

4. The Court approves, as to form and content, the Notice of Proposed Settlement and Hearing, in substantially the form attached to the Stipulation Regarding Settlement as Exhibit A, the Proof of Claim Form, in substantially the form attached thereto as Exhibit D, and the Request for Exclusion from Class Form, in substantially the form attached thereto as Exhibit E. The Court also approves the procedure for Class Members to object to the Settlement set forth in the Notice of Proposed Settlement and Hearing.

5. The Court directs the mailing of the Notice of Proposed Settlement and Hearing, Proof of Claim Form, and Request for Exclusion from Class Form by first-class mail to the Class Members in accordance with the Implementation Schedule set forth below. The Court finds that the dates selected for the mailing and distribution of the Notice and Claim Form, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. The Court orders the following Implementation Schedule for further proceedings:

| | |
|---|---|
| Deadline to Mail Notice and Claim Form: | June 6, 2008 |
| Deadline for Receipt of Objections: | July 7, 2008 |
| Deadline to Submit Claim or Exclusion Form: | December 5, 2008 |
| Final Approval Hearing: | July 25, 2008 |
| Deadline for Payment of Class Counsel's Costs and First Installment of Fees and Settlement Award: | Within seven (7) days after the Effective Date as defined in the Settlement Agreement |

2

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, NOTICE TO CLASS, AND SETTING OF HEARING FOR FINAL APPROVAL
Case No. C 06-02933 SI (ADR)

VFT_OrderGrantingPrelimApproval.doc

| | |
|---|---|
| Deadline for Payment of Second Installment of Class Counsel's Fees and Settlement Award: | October 1, 2008, if approved by then, if not, within seven (7) days of final approval |
| Deadline for Payment of Third Installment of Class Counsel's Fees and Settlement Award: | October 1, 2009 |
| Deadline for Payment of Fourth Installment of Class Counsel's Fees and Settlement Award: | October 1, 2010 |

**IT IS SO ORDERED**.

Dated:_____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

**CLASS COUNSEL**

Dated:  May 2, 2008      BEESON, TAYER & BODINE, APC

\_\_\_/s/ Jason Rabinowitz_____
JASON RABINOWITZ
Attorney for Plaintiffs and Class Counsel

**DEFENDANT'S COUNSEL**

Dated:  May 2, 2008      REDIGER, McHUGH & HUBBERT LLP

\_\_\_/s/ Jeffrey Owensby_____
JEFFREY OWENSBY
Attorneys for Defendant

---

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, NOTICE TO CLASS, AND SETTING OF HEARING FOR FINAL APPROVAL
Case No. C 06-02933 SI (ADR)

VFT_OrderGrantingPrelimApproval.doc

3